UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

**KIMBERLY DIMAS BRANCHI**                **CASE NO. 6:25-CV-1943 SEC P**

**VERSUS**                **JUDGE ROBERT R. SUMMERHAYS**

**BRIAN ACUNA, ET AL**                **MAGISTRATE JUDGE AYO**

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, determining that the findings are correct under the applicable law, and noting the absence of objections to the Report and Recommendation in the record;

**IT IS ORDERED, ADJUDGED AND DECREED** that the Petitioner's Motion to Dismiss (doc. 7) be **GRANTED** and that the action be **DISMISSED WITHOUT PREJUDICE**.

**THUS DONE AND SIGNED** in chambers this 13th day of January, 2026.

**ROBERT R. SUMMERHAYS**
**UNITED STATES DISTRICT JUDGE**